**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1210**

MARK L. WEINER,

        Plaintiff - Appellant,

      v.

ROBERT TRACCI, in his official capacity as Albemarle County Commonwealth's Attorney,

        Defendant - Appellee,

     and

DENISE Y. LUNSFORD; JOHN AND JANE DOES, Nos. 1-10; ALBEMARLE COUNTY, VIRGINIA,

        Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Charlottesville. Norman K. Moon, Senior District Judge. (3:17-cv-00046-NKM-JCH)

Submitted: August 10, 2018                Decided: August 23, 2018

Before WILKINSON and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

C. Benjamin Cooper, Barton R. Keyes, COOPER & ELLIOTT, LLC, Columbus, Ohio, for Appellant.  Rosalie Fessier, TIMBERLAKE SMITH, Staunton, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark L. Weiner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Weiner v. Tracci*, No. 3:17-cv-00046-NKM-JCH (W.D. Va. Jan. 24, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*